# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 1, 2015

### NO. 03-12-00726-CV

**Mary Louise Serafine, Appellant**

**v.**

**Alexander Blunt and Ashley Blunt, Appellees**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
CONCURRING OPINION BY JUSTICE PEMBERTON
AFFIRMED IN PART; REVERSED AND DISMISSED IN PART;
REMANDED IN PART – OPINION BY JUSTICE PURYEAR**

This is an appeal from the interlocutory order signed by the trial court on September 4, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order denying appellant's motion to dismiss regarding two claims: (1) appellees' tortious-interference counterclaim to the extent it is based on appellant's filing of this lawsuit and (2) appellees' counterclaim for fraudulent lien. Therefore, the Court reverses the trial court's order in part and dismisses both appellees' tortious-interference counterclaim to the extent that it is based on appellant's filing of this lawsuit and appellees' counterclaim for fraudulent lien. However, the Court holds that the trial court did not err by allowing appellees to proceed with their counterclaim for tortious interference with contract to the extent that the claim

is based on appellant's allegedly threatening conduct outside the context of this lawsuit, and we affirm the trial court's order in this respect. The Court remands the case to the trial court for further proceedings consistent with the Court's opinion, including consideration of whether attorneys' fees should be awarded on the claims we have dismissed pursuant to appellant's trial-court motion. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.